UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVINCHE JAVON ALBRITTON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No.  2:24-cv-01424-JDP (PC)<br><br>**ORDER**<br><br>DIRECTING PLAINTIFF TO FILE EITHER AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR THE REQUIRED FILING FEE |

Plaintiff, a Virginia state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees totaling $405.00.

Plaintiff is cautioned that the *in forma pauperis* application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are not required to pay the $55.00 administrative fee.

1

filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed;

2. The Clerk of Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner; and

3. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and to comply with a court order.

IT IS SO ORDERED.

Dated:   July 12, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2