UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVINCHE JAVON ALBRITTON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No.  2:24-cv-01424-TLN-JDP<br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 29, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 7.)  The time to file objections has passed, and Plaintiff did not file any objections.

    The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on July 29, 2024 (ECF No. 7), are ADOPTED IN FULL;
2. The Court DENIES Plaintiff's Motion for Injunctive Relief (ECF No. 6);
3. The Court DISMISSES Plaintiff's Complaint (ECF No. 1) with leave to amend; and
4. This action is REFERRED to the assigned magistrate judge for further pretrial proceedings.

Date: September 5, 2024

Troy L. Nunley
United States District Judge